**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6207**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

PRESTON CORNELIUS EVERETT, a/k/a P,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:05-cr-00019-LMB-1)

Submitted: January 30, 2018                    Decided: February 12, 2018

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Preston Cornelius Everett, Appellant Pro Se. Dana James Boente, United States Attorney, Lawrence Joseph Leiser, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Preston Cornelius Everett was found guilty of conspiracy to possess with intent to distribute five kilograms or more of cocaine and for possession of a firearm in furtherance of a drug trafficking crime. On direct appeal, this court affirmed the judgment. *United States v. Everett*, 164 F. App'x 392 (4th Cir. 2006) (No. 05-4696). Everett has now filed his second notice of appeal of the criminal judgment. Because we have previously affirmed this criminal judgment, we dismiss the appeal as duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*